IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELLI BARGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-CV-02035-DDC-GEB |
| ) | |
| O'MALLEY'S INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT O'MALLEY'S INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW Defendant O'Malley's Inc., by and through its undersigned counsel, and in response to Plaintiff's First Amended Complaint, hereby answers as follows:

1. The allegations contained in Paragraph 1 of Plaintiff's First Amended Complaint constitute a legal conclusion and therefore require no answer. To the extent an answer is deemed required, Defendant O'Malley's Inc. denies the allegations contained in Paragraph 1.

2. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 2 of Plaintiff's First Amended Complaint and therefore denies the same.

3. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 3 of Plaintiff's First Amended Complaint and therefore denies the same.

4. Defendant O'Malley's admits the allegations contained in Paragraph 4 of Plaintiff's First Amended Complaint.

5. Defendant O'Malley's admits the allegations contained in Paragraph 5 of Plaintiff's First Amended Complaint.

6. Defendant O'Malley's admits the allegations contained in Paragraph 6 of Plaintiff's First Amended Complaint.

7. Defendant O'Malley's admits the allegations contained in Paragraph 7 of Plaintiff's First Amended Complaint.

8. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 8 of Plaintiff's First Amended Complaint and therefore denies the same.

9. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 9 of Plaintiff's First Amended Complaint.

## BACKGROUND ALLEGATIONS

10. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 10 of Plaintiff's First Amended Complaint and therefore denies the same.

11. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 11 of Plaintiff's First Amended Complaint.

12. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 12 of Plaintiff's First Amended Complaint.

13. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 13 of Plaintiff's First Amended Complaint.

14. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 14 of Plaintiff's First Amended Complaint.

15. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 15 of Plaintiff's First Amended Complaint.

16. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 16 of Plaintiff's First Amended Complaint.

17. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 17 of Plaintiff's First Amended Complaint.

18. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 18 of Plaintiff's First Amended Complaint and therefore denies the same.

19. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 19 of Plaintiff's First Amended Complaint.

20. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 20 of Plaintiff's First Amended Complaint and therefore denies the same.

21. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 21 of Plaintiff's First Amended Complaint and therefore denies the same.

22. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 22 of Plaintiff's First Amended Complaint and therefore denies the same.

23. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 23 of Plaintiff's First Amended Complaint and therefore denies the same.

24. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 24 of Plaintiff's First Amended Complaint and therefore denies the same.

25. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 25 of Plaintiff's First Amended Complaint and therefore denies the same.

26. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 26 of Plaintiff's First Amended Complaint and therefore denies the same.

27. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 27 of Plaintiff's First Amended Complaint and therefore denies the same.

28. Defendant O'Malley's Inc. admits that the bathroom was cleaned prior to the arrival of police and before its employees knew about the incident involving Plaintiff, in accordance with its usual protocol and procedures for closing the bar each night.

29. Defendant O'Malley's Inc. is without sufficient knowledge or information to admit or deny the allegations set forth in Paragraph 29 of Plaintiff's First Amended Complaint and therefore denies the same.

30. Defendant O'Malley's Inc. admits the allegations contained in Paragraph 30 of Plaintiff's First Amended Complaint.

31. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 31 of Plaintiff's First Amended Complaint.

(a) Defendant O'Malley's Inc. denies the allegations contained in subsection (a) of Paragraph 31 of Plaintiff's First Amended Complaint.

(b) Defendant O'Malley's Inc. denies the allegations contained in subsection (b) of Paragraph 31 of Plaintiff's First Amended Complaint.

(c) Defendant O'Malley's Inc. denies the allegations contained in subsection (c) of Paragraph 31 of Plaintiff's First Amended Complaint.

(d) Defendant O'Malley's Inc. denies the allegations contained in subsection (d) of Paragraph 31 of Plaintiff's First Amended Complaint.

(e) Defendant O'Malley's Inc. denies the allegations contained in subsection (e) of Paragraph 31 of Plaintiff's First Amended Complaint.

(f) Defendant O'Malley's Inc. denies the allegations contained in subsection (f) of Paragraph 31 of Plaintiff's First Amended Complaint.

(g) Defendant O'Malley's Inc. denies the allegations contained in subsection (g) of Paragraph 31 of Plaintiff's First Amended Complaint.

(h) Defendant O'Malley's Inc. denies the allegations contained in subsection (h) of Paragraph 31 of Plaintiff's First Amended Complaint.

(i) Defendant O'Malley's Inc. denies the allegations contained in subsection (i) of Paragraph 31 of Plaintiff's First Amended Complaint.

(j) Defendant O'Malley's Inc. denies the allegations contained in subsection (j) of Paragraph 31 of Plaintiff's First Amended Complaint.

(k) Defendant O'Malley's Inc. denies the allegations contained in subsection (k) of Paragraph 31 of Plaintiff's First Amended Complaint.

(l) Defendant O'Malley's Inc. denies the allegations contained in subsection (l) of Paragraph 31 of Plaintiff's First Amended Complaint.

32. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 32 of Plaintiff's First Amended Complaint.

33. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 33 of Plaintiff's First Amended Complaint.

34. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 34 of Plaintiff's First Amended Complaint.

## COUNT I: NEGLIGENCE – PREMISES LIABILITY

35. Defendant O'Malley's Inc. incorporates its responses to the allegations contained in Paragraphs 1-34 as if fully set forth herein.

36. The allegations contained in Paragraph 36 of Plaintiff's First Amended Complaint constitute a legal conclusion and therefore require no answer. To the extent an answer is deemed required, Defendant O'Malley's Inc. denies the allegations contained in Paragraph 36.

37. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 37 of Plaintiff's First Amended Complaint.

38. The allegations contained in Paragraph 38 of Plaintiff's First Amended Complaint constitute a legal conclusion and therefore require no answer. To the extent an answer is deemed required, Defendant O'Malley's Inc. denies the allegations contained in Paragraph 38.

39. The allegations contained in Paragraph 39 of Plaintiff's First Amended Complaint constitute a legal conclusion and therefore require no answer. To the extent an answer is deemed required, Defendant O'Malley's Inc. denies the allegations contained in Paragraph 39.

40. The allegations contained in Paragraph 40 of Plaintiff's First Amended Complaint constitute a legal conclusion and therefore require no answer. To the extent an answer is deemed required, Defendant O'Malley's Inc. denies the allegations contained in Paragraph 40.

41. The allegations contained in Paragraph 41 of Plaintiff's First Amended Complaint constitute a legal conclusion and therefore require no answer. To the extent an answer is deemed required, Defendant O'Malley's Inc. denies the allegations contained in Paragraph 41.

42. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 42 of Plaintiff's First Amended Complaint.

43. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 43 of Plaintiff's First Amended Complaint.

44. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 44 of Plaintiff's First Amended Complaint.

45. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 45 of Plaintiff's First Amended Complaint.

46. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 46 of Plaintiff's First Amended Complaint.

47. The allegations contained in Paragraph 47 of Plaintiff's First Amended Complaint constitute a legal conclusion and therefore require no answer. To the extent an answer is deemed required, Defendant O'Malley's Inc. denies the allegations contained in Paragraph 47.

48. Defendant O'Malley's Inc. denies the allegations contained in Paragraph 48 of Plaintiff's First Amended Complaint.

## AFFIRMATIVE DEFENSES

1. Defendant O'Malley's Inc. denies each and every allegation in Paragraphs 1 through 88 of the First Amended Complaint not specifically admitted herein.

2. Defendant O'Malley's Inc. further answers by stating that the allegations and averments contained in the First Amended Complaint fail to state a claim against it upon which relief can be granted.

3. Defendant O'Malley's Inc. further answers by alleging that Plaintiff's damages, if any, are limited, barred, or reduced by the comparative fault of others pursuant to K.S.A. 60-258a, including by not limited to Plaintiff's negligence and the negligence of non-parties whose fault should be compared.

4. Defendant O'Malley's Inc. further answers by alleging that Plaintiff has failed to mitigate her damages.

5. Defendant O'Malley's Inc. further answers by alleging that Plaintiff's damages, if any, are limited or barred by statute including not limited to K.S.A. 60-19a02.

6. Defendant O'Malley's Inc. further answers by alleging that Plaintiff's damages, if any, were directly or proximately caused by superseding or intervening causes.

7. Defendant O'Malley's Inc. further answers by stating that the incident forming the basis of Plaintiff's claims was not foreseeable, thereby barring Plaintiff's recovery herein.

8. Defendant O'Malley's Inc. reserves the right to assert additional defenses revealed during the course of discovery.

## DESIGNATION OF PLACE OF TRIAL

Defendant O'Malley's Inc. designates Topeka, Kansas as the place of trial.

WHEREFORE, having fully answered Plaintiff's First Amended Complaint, Defendant O'Malley's Inc. prays that Plaintiff takes nothing by this action, for its costs, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

SHAFFER LOMBARDO SHURIN

*s/ Richard F. Lombardo*_____
*Richard F. Lombardo*          #22326
Rachael D. Longhofer          #25451
2001 Wyandotte Street
Kansas City, MO  64108
(816) 931-0500
(816) 931-5775 – Fax
rlombardo@sls-law.com
rlonghofer@sls-law.com
ATTORNEYS FOR DEFENDANT O''MALLEY'S, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing on the 1st day of April, 2020, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      *s/ Richard F. Lombardo*
      Attorney for Defendant O'Malley's Inc.