# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELLI BARGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-CV-02035-DDC-GEB |
| ) | |
| O'MALLEY'S INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT WILLIAM PORTER'S MOTION TO DISMISS

COMES NOW Defendant William Porter, by and through undersigned counsel of record, and hereby moves to dismiss any and all claims against him in Plaintiff's First Amended Complaint (Doc. 3) pursuant to Federal Rule of Civil Procedure 12(b)(6). In Plaintiff's First Amended Complaint, Plaintiff seeks to pierce the corporate veil of Defendant O'Malley's Inc. and concurrently sues the owners of O'Malley's Inc. in their personal capacities. However, Plaintiff devotes a single conclusory paragraph for the reasons in support of piercing the corporate veil, pleads such allegations entirely "upon information and belief," and merely recites the legal standard for veil-piercing under Kansas state law. Accordingly, such allegations are insufficient to establish a plausible claim for relief for piercing the corporate veil. Therefore, Defendant William Porter respectfully requests dismissal of any claim asserted against him based on piercing the corporate veil pursuant to Rule 12(b)(6).

Pursuant to D. Kan. Rule 7.1(a), a memorandum in support of this Motion is contemporaneously filed herewith.

Respectfully submitted,

SHAFFER LOMBARDO SHURIN

2

        *s/ Richard F. Lombardo*
| | |
|---|---|
| Richard F. Lombardo | #22326 |
| Rachael D. Longhofer | #25451 |

2001 Wyandotte Street
Kansas City, MO  64108
(816) 931-0500
(816) 931-5775 – Fax
rlombardo@sls-law.com
rlonghofer@sls-law.com
ATTORNEYS FOR DEFENDANT WILLIAM PORTER

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on the 1st day of April, 2020, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                       *s/ Richard F. Lombardo*
                                                      Attorney for Defendant William Porter