# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELLI BARGE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-CV-02035-DDC-GEB |
| | ) |
| O'MALLEY'S INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CLERK'S EXTENSION OF TIME

Pursuant to D. Kan. R. 77.2(a), Defendant Estate of Michael Troute makes timely application, as the time to respond has not yet expired, and is hereby granted an additional fourteen (14) days, from Wednesday, April 1, 2020, to Wednesday, April 15, 2020, in which to Answer or otherwise Plead to Plaintiff's First Amended Complaint.

| | |
|---|---|
| __4/1/2020_____ | _s/ Colleen Abraham, deputy clerk_____ |
| DATE | CLERK OF THE DISTRICT COURT |

Respectfully submitted,

SHAFFER LOMBARDO SHURIN

*s/ Richard F. Lombardo*_____
*Richard F. Lombardo*     #22326
Rachael D. Longhofer     #25451
2001 Wyandotte Street
Kansas City, MO  64108
(816) 931-0500
(816) 931-5775 – Fax
rlombardo@sls-law.com
rlonghofer@sls-law.com

{2567/0666: 00428391.DOCX.}

ATTORNEYS FOR DEFENDANTS O'’MALLEY'S, INC. AND WILLIAM PORTER

{2567/0666: 00428391.DOCX.}