**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| KELLI BARGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-CV-02035-DDC-GEB |
| | ) |
| O'MALLEY'S INC., et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT THE ESTATE OF MICHAEL TROUTE'S MOTION TO DISMISS

COMES NOW Defendant Estate of Michael Troute, by and through undersigned counsel of record, and hereby moves to dismiss any and all claims against it in Plaintiff's First Amended Complaint (Doc. 3) pursuant to Federal Rule of Civil Procedure 12(b)(6). In Plaintiff's First Amended Complaint, Plaintiff seeks to pierce the corporate veil of Defendant O'Malley's Inc. and concurrently sues the owners of O'Malley's Inc. in their personal capacities. However, Plaintiff devotes a single conclusory paragraph for the reasons in support of piercing the corporate veil, pleads such allegations entirely "upon information and belief," and merely recites the legal standard for veil-piercing under Kansas state law. Accordingly, such allegations are insufficient to establish a plausible claim for relief for piercing the corporate veil. Therefore, Defendant Estate of Michael Troute respectfully requests dismissal of any claim asserted against him based on piercing the corporate veil pursuant to Rule 12(b)(6).

Pursuant to D. Kan. Rule 7.1(a), a memorandum in support of this Motion is contemporaneously filed herewith.

1

**KNIGHT NICASTRO MACKAY LLC**

/s/ Derek H. MacKay
Derek H. MacKay                                      KS#23213
304 West 10th Street
Kansas City, MO 64105
Telephone: (816) 708-0105
Facsimile: (816) 396-6233
Email: mackay@knightnicastro.com
**ATTORNEY FOR DEFENDANT ESTATE OF MICHAEL TROUTE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2020, I electronically filed the above and foregoing using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Derek H. MacKay