## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **KELLI BARGE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:20-cv-02035-DDC-GEB |
| | ) |
| **O'MALLEY'S INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR INDEPENDENT MENTAL EXAMINATION PURSUANT TO RULE 35

Pursuant to Fed. R. Civ. P. 35, Defendants O'Malley's Inc. and William Porter ("Defendants"), by and through undersigned counsel, hereby move this Court for an order for Plaintiff Kelli Barge to submit to a mental examination by Dr. Christine Ann Durrett, ABPP, board-certified neuropsychologist. Defendants request this Court find Plaintiff has placed her mental condition in controversy within the meaning of Rule 35 and that good cause exists for a Rule 35 examination to allow Defendants to explore the existence and extent of such asserted injury. Plaintiff does not contest the right of Defendants to request an independent examination, but rather the scope and manner of such examination.

Pursuant to D. Kan. 7.1(a), a memorandum in support of this motion is filed concurrently herewith.

WHEREFORE, Defendants request this Court order Plaintiff Kelli Barge to submit to a mental examination by Dr. Christine Ann Durrett, ABPP, a suitably licensed or certified examiner, in-person at Dr. Durrett's office, Flint Hills Neuropsychology, 2505 Anderson Avenue, Suite 101, Manhattan, KS 66502, on February 26, 2021, at 10:00 a.m. without any

additional restrictions or limitations, and for such other and further relief as this Court deems just and proper.

                              Respectfully submitted,

                              SHAFFER LOMBARDO SHURIN

                              *s/ Richard F. Lombardo*
                              Richard F. Lombardo    #22326
                              Rachael D. Longhofer    #25451
                              2001 Wyandotte Street
                              Kansas City, MO  64108
                              (816) 931-0500
                              (816) 931-5775 – Fax
                              rlombardo@sls-law.com
                              rlonghofer@sls-law.com
                              ATTORNEYS FOR DEFENDANTS O'MALLEY'S, INC. AND WILLIAM PORTER

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing on the 9th day of February, 2021, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                              *s/ Richard F. Lombardo*
                              Attorney for Defendants O'Malley's Inc. and William Porter