# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELLI BARGE ) | |
|       Plaintiff, ) | |
| v. ) | Case No. 2:20-CV-02035-DDC-GEB |
| ) | |
| O'MALLEY'S INC., et al. ) | |
| ) | |
|       Defendants. ) | |

## JOINT MEDIATION NOTICE

Pursuant to this Court's scheduling orders, Defendants O'Malley's Inc. and William Porter ("Defendants"), hereby submit this Joint Mediation Notice. The parties jointly inform the Court that mediation has been scheduled in this matter as follows:

> Mediator:    Larry Rute
>                     Associates in Dispute Resolution
>                     1600 Genessee, Suite 838
>                     Kansas City, MO 64102
>                     Telephone:  816-531-1001
>
> Location:    1600 Genessee, Suite 838
>                     Kansas City, MO 64102
>
> Date:        April 30, 2021
>
> Time:       9:30 a.m.

Dated:  March 4, 2021

                                                            Respectfully submitted,

                                                   SHAFFER LOMBARDO SHURIN

                                                   *s/ Richard F. Lombardo*
                                                   Richard F. Lombardo    #22326
                                                   Rachael D. Longhofer    #25451
                                                   2001 Wyandotte Street
                                                   Kansas City, MO  64108
                                                   (816) 931-0500; (816) 931-5775 – Fax
                                                   rlombardo@sls-law.com
                                                   rlonghofer@sls-law.com
                                                   ATTORNEYS FOR DEFENDANTS
                                                   O'MALLEY'S INC. AND WILLIAM PORTER

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing on the 5th day of March, 2021, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                    *s/ Richard F. Lombardo*
                                                    Attorney for Defendants O'Malley's
                                                    Inc. and William Porter