IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KELLI BARGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-02035 |
| | ) |
| O'MALLEY'S INC., and | ) |
| | ) |
| | ) |
| WILLIAM PORTER. | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER TO PRODUCE TEST DATA

The parties jointly agree that Defendants' retained independent medical examiner, Dr. Christine Durrett, has performed various psychological testing as part of her mental examination of the Plaintiff, and that Plaintiff's expert should have the benefit of reviewing these test results. Plaintiff has issued written discovery seeking the test results. Plaintiff has further consented to permitting Dr. Durrett to transfer the test data directly to Plaintiff's expert, Dr. Stephen Peterson.

Defendants' expert, Dr. Durrett, has stated that she desires to have an order from the court directing her to produce these test results.

Wherefore, the court grants the parties' joint request and hereby enters the following Order: Dr. Durrett is directed to send to Dr. Stephen Peterson, Stephen E. Peterson, MD, LLC, 231 S. Bemiston, Ste 800, Clayton, MO 63105 all results and data produced as a result of tests that were performed on February 26, 2021 on Kelli Barge, specifically the Minnesota Multiphasic Personality Inventory-2-RF, Clinician Administered PTSD Scale for DSM-5, Personality Assessment Inventory, Borderline Personality Questionnaire, and Clinical Interview, as identified in Dr. Durrett's March 9, 2021 IME Report. The results and data should be emailed to Dr. Peterson or mailed to him on a thumb drive. All such data and results will be subject to the Protective Order already issued in this case and treated as Confidential Information pursuant to that Order. (ECF Doc. 46).

**IT IS SO ORDERED.**

Dated: March 24, 2021

                                                        /s/ Gwynne E. Birzer
                                                        GWYNNE E. BIRZER
                                                        U.S. Magistrate Judge

**WE SO MOVE and agree to abide by the terms of this Order**

*s/ Rachael D. Longhofer*
Signature

Rachael D. Longhofer
Printed Name

Counsel for: Defendants O'Malley's Inc. and William Porter

Dated:  March 24, 2021

**WE SO MOVE and agree to abide by the terms of this Order**

*s/Anthony E. LaCroix*
Signature

Anthony E. LaCroix
Printed Name

Counsel for: Plaintiff Kelli Barge

Dated:  March 24, 2021